Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA WASHINGTON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>QUALITY ACCEPTANCE, LLC, a domestic limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:20-cv-01986-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff, Pamela Washington ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 26, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 26, 2021

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben, Esq.
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612
kneben@jonesday.com
*Attorneys for Defendant Experian
Information Solutions, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 27, 2021 _____